Form 210A (12/09)

# United States Bankruptcy Court

**Middle** District Of **Pennsylvania**

In re MICHAEL VATZA , Case No. 19-01631
CRYSTAL VATZA

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Santander Consumer USA Inc. | Gateway One Lending & Finance, LLC |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim #(if known): 3 |
| | Amount of Claim: $5,757.28 |
| Santander Consumer USA Inc.<br>P.O. Box 961245<br>Fort Worth, TX 76161-1245 | Date Claim Filed: 5/6/2019 |
| Phone: | Phone: |
| Last Four Digits of Acct #: 8283 | Last Four Digits of Acct #: 6427 |
| Name and Address where transferee payments should be sent(if different from above):<br>Santander Consumer USA Inc.<br>P.O. Box 560284<br>Dallas, TX 75356<br>Phone:<br>Last Four Digits of Acct #: 8283 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lorraine Lowery-Johnson Date: 3/10/2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of upt $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § § 152 &3571.